UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DAWN M. PIATZ, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 7:17-CV-227-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 28]. In sum, plaintiff's motion for judgment on the pleadings [D.E. 21] is DENIED, defendant's motion for judgment on the pleadings [D.E. 22] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 13, 2019, and Copies To:**

| | |
|---|---|
| Dawn M. Piatz | (Sent to 1902 Jeffrey Stokes Br. NE Leland, NC 28451 via US Mail) |
| Stephen F. Dmetruk, Jr. | (via CM/ECF electronic notification) |

DATE:                                       PETER A. MOORE, JR., CLERK
February 13, 2019                (By) /s/ Nicole Sellers
                                                 Deputy Clerk